390

opinion filed November 13, 1947; rehearing opinion filed May 4, 1948; released for publication June 4, 1948. Ruttenberg & Ruttenberg, for appellant; David C. Ruttenberg and Marvin H. Ruttenberg, of counsel; William Parker Ward, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

## James Leonard O'Grady, Appellant, v. William L. McFetridge et al., Appellees.

### Gen. No. 44,247.

opinion filed May 24, 1948; released for publication June 8, 1948. Francis Heisler and Julius Lucius Echeles, for appellant; Daniel D. Carmell and I. Harvey Levinson, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.